# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2009

137950

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MARK SHAHEEN,
          Petitioner-Appellant,

v

MICHIGAN PUBLIC SCHOOL
EMPLOYEES RETIREMENT BOARD,
          Respondent-Appellee.

SC: 137950
COA: 278751
Ingham CC: 06-001004-AA

_____/

On order of the Court, the application for leave to appeal the December 2, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, C.J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2009

_____
Clerk